**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00099-CV

---

### IJEOMA OGOCHUKWU ONONENYI, Appellant

### V.

### NNAEMKA JOSHUA NWANKWO, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2021-80238**

---

### MEMORANDUM OPINION

This is an appeal from an order signed January 18, 2022. On July 28, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.